UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARIO CRUZ BERNABE,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　　　Respondents. | Case No. 2:25-cv-02709-TMC<br><br>ORDER TO SHOW CAUSE REGARDING PROPER RESPONDENT |

## I.   ORDER

This matter comes before the Court on its own review of the record. Petitioner seeks a writ of habeas corpus ordering his release from the Northwest Immigration and Customs Enforcement Processing Center ("NWIPC"). Dkts. 7, 17. Petitioner's current custodian is not named as a respondent in this matter. A district court may not exercise jurisdiction over a habeas petition that fails to name the petitioner's current custodian as a respondent. *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024); *see Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004).

Accordingly, while Respondents do not challenge the habeas petition on the basis that it fails to name the proper respondent(s), the Court cannot review the petition in its current form at this time. The Court ORDERS:

1. No later than January 22, 2026, Petitioner must show cause why his current petition should not be dismissed without prejudice for failing to name a proper respondent or, in the alternative, amend his petition to name the proper respondent(s).

2. If Petitioner files an amended habeas petition, any return to the amended petition must be filed no later than January 29, 2026. Respondents may also choose to rely on their original return.

3. The Court will not take any further action on the habeas petition until either a response to this Order is filed or an amended petition is filed naming the proper respondent(s).

Dated this 15th day of January, 2026.

Tiffany M. Cartwright
United States District Judge